by unpublished opinion per Agid, J., concurred in by Grosse, C.J., and Forrest, J.

[No. 28815-6-I. Division One. December 21, 1992.]

GAYLE J. BROWN, *Respondent*, v. DAVID MONROE BROWN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-03652-7, Carol A. Schapira, J., entered July 11, 1991. *Reversed* by unpublished opinion per Agid, J., concurred in by Scholfield and Baker, JJ.

[No. 11669-7-III. Division Three. December 22, 1992.]

MONTY RICHARDSON, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 90-2-00053-3, Yancey Reser, J., entered May 14, 1991. *Reversed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11479-1-III. Division Three. December 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY LYNN MCWATTERS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00668-0, William J. Grant, J., entered February 28, 1991. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 11480-5-III. Division Three. December 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY LYNN MCWATTERS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-1-01706-8, Michael E. Donohue, J.,

entered February 28, 1991. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Sweeney, J.


[No. 11422-8-III.  Division Three.  December 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE
L. PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 90-1-00120-5, Jerry M. Moberg, J., entered January 18, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.


[No. 11648-4-III.  Division Three.  December 22, 1992.]

BARNIE LANCASTER, *Plaintiff*, MARJORIE LANCASTER, *as
Personal Representative, Appellant*, v. POLSON
FARMS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Douglas County, No. 90-2-00185-4, John E. Bridges, J., entered May 28, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.


[No. 13765-8-II.  Division Two.  December 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY W.
BOGUSCH, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 89-1-00173-9, Grant S. Meiner, J., entered March 30, 1990. *Reversed* by unpublished per curiam opinion.